# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BILLY RAY TURNER, JR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:13-CV-02470 ERW |
| ) | |
| JAY CASSADY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court after this Court held a hearing on March 22, 2016 in regards to all of Petitioner's pending motions.

**IT IS HEREBY ORDERED** that Petitioner's Motion for Specific Orders [ECF No. 69] is **GRANTED in Part** and **DENIED in Part**.

**IT IS FURTHER ORDERED** that Petitioner's Preliminary Objection to Review of the Magistrate Recommendation, Seeking a Stay Pending Review and Hearing, Assignment of Counsel [ECF No. 76] is **DENIED** with right to refile.

**IT IS FURTHER ORDERED** that Petitioner's pro se Motion for Judgment [ECF No. 79] is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Supplemental Suggestions for Sanctions [ECF No. 80] is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Petition for a writ of habeas corpus ad testificandum and Setting for conference [ECF No. 83] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for a Partial Summary Judgment Supported by Affidavit and Supported Uncontroverted Statement of Facts [ECF No. 87] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Petitioner's Pro Se Motion for Rule 11 Sanctions [ECF No. 92] is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Judgment ordered by the Court to Respond to his Own Motion for Judgment [ECF No. 99] is **DENIED**.

So Ordered this 29th Day of March, 2016.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE